# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JAMES BELLANCA and WILLIAM BRUCE, Ohio residents, individually and as the representatives of a class of similarly-situated persons,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LUCKY2MEDIA, LLC d/b/a GoLookUp, a Delaware limited liability company,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:23-cv-00967<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiffs, JAMES BELLANCA and WILLIAM BRUCE, through their undersigned attorneys, hereby dismiss this action with prejudice as to Plaintiffs' individual claims, without prejudice as to class allegations, each party to bear its own costs.

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: September 6, 2023

Respectfully submitted,

/s/ *Ryan M. Kelly*
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL  60008
Tele:  847-368-1500
rkelly@andersonwanca.com